TIMOTHY E. NILAN    SBN 190194
LAW OFFICES OF TIMOTHY E. NILAN
A PROFESSIONAL LAW CORPORATION
8344 FLORENCE AVE., 2ND FL., STE. D
DOWNEY, CA 90240
TELEPHONE No. 562.862.1984
FAX No. 562.862.4350

**FILED**

JUN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 08-mj-01670-JMA-1 |
| v. | |
| Raul Luna<br>AKA: Raul LUNA-Ortiz | |
| Defendant(s). | SUBSTITUTION OF ATTORNEY |

_____Raul Luna_____    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
Name of Party

hereby substitutes Retained Counsel _____TIMOTHY E. NILAN_____
                                              New Attorney
as attorney of record in place and stead of _____SARAH PELOQUIN_____
                                                  Present Attorney

Dated  6/7/08

X _____
Signature of Party/Authorized Representative of Party

I have given proper notice and further consent to the above substitution.

Dated  6/10/08

_____
Signature of Present Attorney

I am duly admitted to practice in this District.

Dated  06/05/08

_____
Signature of New Attorney
190194
State Bar Number

If party requesting to appear Pro Se:

Dated  _____

_____
Signature of Requesting Party

IT IS SO ORDERED:

Dated: 6/10/08

_____
U.S. Magistrate Judge